CLARK HILL LLP
BRADFORD G. HUGHES (SBN 247141)
TIFFANY B. HUNTER (SBN 306382)
bhughes@ClarkHill.com
thunter@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

*Attorneys for Defendant FCA US LLC*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE D'ANGELO and ANTHONY D'ANGELO, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br>v.<br>FCA US LLC, d/b/a DODGE,<br><br>Defendant. | Case No. 3:23-cv-00982-WQH-MMP<br><br>**DECLARATION OF TIFFANY B. HUNTER IN SUPPORT OF DEFENDANT FCA US LLC'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>[Class Action]<br><br>[Filed concurrently with Motion to Dismiss, Request for Judicial Notice and Proposed Order]<br><br>Motion to Dismiss<br>Hearing Date: September 11, 2023<br>Judge: Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed: May 26, 2023 |

I, Tiffany B. Hunter, declare as follows:

1. I am a Senior Attorney in the law firm Clark Hill LLP and one of the counsel of record for Defendant, FCA US LLC in this matter. I am a member of good standing in the State Bar of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I would testify competently to them.

2. As counsel for FCA, I am aware and can attest that FCA owns and operates the website located at Dodge.com.

3. Attached as **Exhibit 1** to the Request for Judicial Notice is a true and correct copy of an archival version of FCA's Privacy Policy for the Website effective March 15, 2021, through December 31, 2022, that I obtained on August 2, 2023, from the Wayback Machine on the Internet Archive that captured the FCA Privacy Policy on June 3, 2022, available at: https://web.archive.org/web/20220603013219/https://www.dodge.com/crossbrand_us/privacy. When I accessed this FCA Privacy Policy on the Internet Archive, I observed that it was hyperlinked in the initial disclosure referenced in Exhibit 4 and featured at the bottom of FCA's homepage and subsequent subpages at the bottom of the page by hyperlink. The omission of a Section 11 in Ex. 1 takes place in the original link and is reproduced here for fidelity.

4. Attached as **Exhibit 2** to the Request for Judicial Notice is a true and correct copy of FCA's Privacy Policy for the Website effective January 1, 2023

2

through present obtained from the Dodge.com Website, publicly available at: https://www.dodge.com/crossbrand_us/privacy. I last accessed this website on August 2, 2023. When I accessed this FCA Privacy Policy on Dodge.com, I observed that it was hyperlinked in the initial disclosure referenced in Exhibit 4 and featured at the bottom of FCA's homepage and subsequent subpages at the bottom of the page by hyperlink. I observed the 2021 (Ex. 1) and current (Ex. 2) versions of the FCA Privacy Policy to be substantially similar in their terms. When I cited the Privacy Policy in our Motion to Dismiss, I noted any differences between the two relevant to the disclosure language being discussed within the cite.

5. Attached as **Exhibit 3** to the Request for Judicial Notice is a true and correct screenshot of an archival version of FCA's website, Dodge.com homepage obtained from Wayback Machine on the Internet Archive capturing the homepage on June 1, 2022, available at: https://web.archive.org/web/20220601230904/https://www.dodge.com/. I last accessed this website on August 2, 2023. Upon accessing Dodge.com, I was presented with the disclosure captured in Exhibit 4.

6. **Attached as Exhibit 4** to the Request for Judicial Notice is a true and correct screenshot of an archival version of the Website Initial Cookie Disclosure obtained from the Wayback Machine on the Internet Archive capturing the homepage of the Website and Cookie Disclosure on June 1, 2022, available at: https://web.archive.org/web/20220601230904/https://www.dodge.com/.

3

1  I last accessed this website on August 2, 2023, and took a screenshot of the website

2  page at that time.

3

4      7.    Attached as **Exhibit 5** to the Request for Judicial Notice is a true and

5  correct copy of the current Dodge.com Chat Feature Icon obtained from the Website

6  Dodge.com available at: https://e-shop.dodge.com/t1?ott=start-buying-
7
8  process&refrel=dodge&vehicle_type=new&zipcode=90071. I last accessed this

9  website on August 2, 2023, and took a screenshot of the website page at that time.

10 When I accessed this webpage, I was required to first select the subpage "Shop
11
12 Online." After selecting "Shop Online" I was redirected from the homepage to the

13 above URL. I observed that a Chat Feature icon then appeared on the lower right-
14
15 hand corner of the web screen.

16     8.    Attached as **Exhibit 6** to the Request for Judicial Notice is a true and

17 correct copy of the current Dodge.com Chat Feature Initial Prompt and predicate

18 page obtained from the Website Dodge.com available at: https://e-
19
20 shop.dodge.com/t1?ott=start-buying-

21 process&refrel=dodge&vehicle_type=new&zipcode=90071. I last accessed this

22 website on August 2, 2023, and took a screenshot of the website page at that time.
23
24 When I accessed this webpage, I was required to first select the Chat Feature Icon

25 which then prompted the Chat Feature Initial Prompt.

26     9.    Attached as **Exhibit 7** to the Request for Judicial Notice is a true and
27
28 correct copy of a redline comparison performed by Clark Hill of the Complaint in

4

*D'Angelo v. FCA,* 3:23-cv-00982-WQH-JLB and the Complaint in *D'Angelo v. Nissan,* 3:23-cv-00980-AJB-AHG., complaints publicly accessible at https://pacer.uscourts.gov/. I obtained the above-mentioned complaints by public access on Pacer.uscourts.gov. Using Microsoft Word's compare feature software, I performed a redline comparison of the two complaints to highlight the differences, the result of which constitutes **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2023, in Los Angeles, California.

*Tiffany B. Hunter*
Tiffany B. Hunter
Attorneys for Defendant FCA US LLC