UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARGUELLES, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>FCA US, LLC d/b/a DODGE,<br><br>                            Defendant. | Case No.: 3:23-cv-00982-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

    On June 3, 2025, Plaintiff Anthony Arguelles, individually and on behalf of all others similarly situated, filed a Motion to Voluntarily Dismiss Class Action Claims Without Prejudice and Individual Claims with Prejudice Pursuant to Fed. Rule Civ. Proc. 41(a)(1)(B) (ECF No. 49) (the "Motion to Voluntarily Dismiss") notifying the Court that "Plaintiff Anthony Arguelles, by and through his undersigned attorneys, hereby moves to voluntarily dismiss this action with prejudice as to the individual claims as alleged in the First Amended Class Action Complaint [ ] and without prejudice as to the claims of the proposed class members." (ECF No. 49 at 2.)

/ / /

On June 30, 2025, the Court issued an Order stating that

> Defendant FCA US, LLC, doing business as Dodge ("Defendant"), may file a response to Plaintiff's Motion to Voluntarily Dismiss (ECF No. 49) within ten (10) days of the issuance of this Order. If no response is filed within that time, the Court will consider the Motion to Voluntarily Dismiss (ECF No. 49) unopposed.

(ECF No. 50 at 2.) The docket reflects that Defendant FCA US, LLC, doing business as Dodge ("Defendant") has not made any filings since the issuance of the Court's Order.

IT IS HEREBY ORDERED that the Motion to Voluntarily Dismiss (ECF No. 49) is granted. The entire action is dismissed. Plaintiff Anthony Arguelles's individual claims as alleged in the First Amended Class Action Complaint are dismissed with prejudice, and the claims asserted on behalf of the proposed class members are dismissed without prejudice. The Clerk of the Court is directed to close this case.

Dated: August 20, 2025

Hon. William Q. Hayes
United States District Court